October 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LEVIATHAN ENTERPRISE GROUP, INC., ET. AL., Appellants

NO. 14-11-00933-CV               V.

ULYSSES W. WATKINS JR., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 26, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Leviathan Enterprise Group, Inc., Et Al.

We further order this decision certified below for observance.